DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.G.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D17-2772

[January 29, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hope Tieman Bristol, Judge; L.T. Case No. 14-4160 CJDP.

Marc Anthony Douthit, Miami Lakes, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***